## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCOTT SMITH,  *Plaintiff*,  v.  T.V. JOHNSTON PROPERTIES, LLC;  *Defendant*. | Case No. 3:16-cv-00660-jdp |

## PLAINTIFF'S RULE 41(a)(1) NOTICE
## OF DISMISSAL WITH PREJUDICE

Plaintiff Scott Smith through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his Complaint against the above-captioned Defendant with prejudice. Because the Defendant has not served an Answer or a motion for summary judgment, dismissal with prejudice is proper under Rule 41(a)(1)(A).

Respectfully submitted,

DATED: February 10, 2017

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
BROWNE LAW LLC
3749 Sunbury Alcove
Woodbury, MN 55125
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805